UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MILAGROS SENIOR, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

      Plaintiffs,

     v.

DRAKE UNIVERSITY,

      Defendant.

------------------------------------- x

No.: 1:22-cv-8575

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DRAKE UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
    December 12, 2022

                   **GOTTLIEB & ASSOCIATES**

                   */s/Michael A. LaBollita, Esq.*

              Michael A. LaBollita, Esq., (ML-9985)
                150 East 18th Street, Suite PHR
                    New York, NY 10003
                    Phone: (212) 228-9795
                     Fax: (212) 982-6284
                   Michael@Gottlieb.legal

                     *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge